UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TOMAS G. ESPINOLA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 1:23-cv-00087 |
| | § |
| GULF CREDIT UNION, | § |
| | § |
| Defendant. | § |

## NOTICE OF SETTLEMENT OF CLAIMS

Plaintiff Tomas G. Espinola ("Plaintiff") hereby files this Notice of Settlement of Claims (the "Notice") and shows the following:

1. Plaintiff hereby notifies the Court that the parties have reached a settlement of their dispute. The settlement resolves all claims at bar Plaintiff has asserted in his live pleadings in this proceeding.

2. The parties are currently in the process of preparing a formal, written settlement agreement and request the Court grant a stay as to all deadlines, settings and related matters in this case, and to retain this case as open on the Court's docket to afford the parties sufficient time to draft and execute such agreement and the necessary and related settlement papers and notices.

3. Plaintiff anticipates filing with the Court a Notice of Dismissal with Prejudice within 30 days.

WHEREFORE, PREMISES CONSIDERED, Plaintiff notifies the Court he has settled all live claims in this cause and requests the Court retain jurisdiction over this matter; stay all pending deadlines, settings and other related matters; and maintain the case as open on the Court's docket until Plaintiff files formal dismissal papers.

Dated:   March 23, 2023.

          Respectfully submitted,

          */s/ James J. Manchee*
          James J. Manchee
          State Bar Number 00796988
          jim@mancheelawfirm.com
          Manchee & Manchee, PC
          5048 Tennyson Parkway, Suite 250
          Plano, Texas 75024
          (972) 960-2240 (Telephone)
          (972) 233-0713 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing document was served upon counsel for Defendant as follows:

Stephen L. Townsend
Bradley Law Firm
P.O. Box 1148
3124 Nall Street
Port Neches, Texas 77651

          */s/ James J. Manchee*
          James J. Manchee