IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TOMAS G. ESPINOLA, | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-00087 |
| GULF CREDIT UNION, | § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant.* | § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Notice of Dismissal with Prejudice. [Dkt. 7]. Plaintiff is seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 11th day of April, 2023.**

_____
Michael J. Truncale
United States District Judge